# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

1983
S

05 JUL -5 PM 4:32

U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-05-RRA-1448-S

Inmate Identification Number: 37588

DIMITRI DEONTA LOVE

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

TALLAPOOSA COUNTY JAIL

JENNIFER STRONG

ROBIN FRAZIER

(Enter above full name(s) of the defendant(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes (  )        No ( ✓ )

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s): _____

         Defendant(s): _____

         _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

I. Place of present confinement   TALLAPOOSA COUNTY JAIL

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )    No ( )

C. If your answer is YES:

1. What steps did you take?  I FILE A GRIEVIANCE TO THE LIEUTENANT, JAIL ADMINISTRATOR, AND THEN THE CHIEF DEPUTY.

2. What was the result?  ON THE FIRST 2 GRIEVIANCE I TALK TO THE JAIL ADMINISTRATOE AND LIEUTENANT AND THEY WERE TALKING ABOUT SWEEPING IT UNDER THE ~~~~BRIDGE, SO I APPEALED TO THE CHII DEPUTY AND DIDN'T GET A RESPONSE

D. If your answer is NO, explain why not? _____

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) DIMITRI DEONTA LOVE

(CURRENT)
Address 316 INDUSTRIAL PARK DRIVE DADEVILLE, AL, 36853

(HOME) 9632 LEE ROAD 072 WAVERLY, AL, 36879

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant JENNIFER STRONG

is employed as CORRECTIONAL OFFICER

at TALLAPOOSA COUNTY JAIL

C. Additional Defendants ROBIN FRAZIER

CORRECTIONAL OFFICER

TALLAPOOSA COUNTY JAIL

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

ON 06/06/05 I WAS ESCORTED FROM CELL C-2 TO CELL C-9 ALONG WITH THREE OTHER INMATES ACCUSED OF TALKING LOUD. THE OTHER THREE INMATES ARE: CORY EDWARDS, SAMMY WILLIAMS, AND HENRY BANKS. AFTER BEING PLACE IN CELL C-9 I SAID, "THIS FAT ASS BITCH DONE CAME

3

DOWN THERE AND GOT ME OUT OF MY BED WITH THEM DAMN HAMHOCKS ON HER ELBOWS." AT THIS POINT I OBSERVED OFFICER STRONG THROUGH A CRACK IN THE TRAYHOLE AND STEPPED A LITTLE FURTHER AWAY FROM THE DOOR, BUT AT NO POINT DURING THIS STATEMENT WAS I LOUD. AT THIS POINT OFFICER STRONG OPENED THE DOOR OF CELL C-9 AND BEGAN TO SPRAY FOR NO APPARENT REASON AND THEN STEPPED OUT AND CLOSED THE DOOR.

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT TO FILE CHARGES AGIANST OFFICER JENNIFER STRONG. I ALSO WANT SOMEONE TO INVESTIGATE TALLAPOOSA COUNTY JAIL FOR THE REASONS OF: HEALTH, LACK OF SECURITY, FOOD, UNSANITARY LIVING, AND CRUEL AND EXCESSIVE PUNISHMENT

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_Dimiti Lane_

Signature(s)

PAGE ORDER #1

CONTINUED FROM PAGE-4

WE WERE LEFT IN CELL C-9 FOR ABOUT TWENTY MINUTES WITHOUT VENTALATION WITH THE PEPPER SPRAY. AT THIS POINT OFFICER STRONG AND SGT. FRAZIER CALLED OVER THE INTERCOM AND ASKED IF WE WERE READY TO CLEAN UP THE PEPPER SPRAY IN CELL C-9. WE ALL AGREED TO CLEANUP CELL C-9, BUT WERE LEFT IN THERE ANOTHER 15 MINUTES BEFORE THEY ARRIVED WITH THE MOP BUCKETT. AFTER CELL C-9 WAS CLEANED WE WERE ESCORTED FROM CELL C-9 TO THE EXERCISE YARD. I ASKED SGT. FRAZIER WHY WERE WE SPRAYED FOR NO APPARENT REASON BY OFFICER STRONG. SGT. FRAZIER STATED THAT WE WERE IN THE WRONG PLACE AT THE WRONG TIME, BUT IT WAS STILL A JUSTIFIED SPRAYING, BECAUSE SHE AUTHORIZED IT. I WROTE GRIEVIANCES AND FOLLOWED THE CHAIN OF COMMAND BY THE RULE BOOK ON A APPEAL AND I DIDN'T RECIEVE A RESPONSE.

2
II  LACK OF SECURITY

THE RULE BOOK STATES THAT DISPLINARY ACTIONS WILL BE APPLIED FAIRLY TO ASSIST IN PROTECTION OF HEALTH, SAFETY AND SECURITY OF ALL PERSON WITH THIS DETENTION FACILITY, BUT INSTEAD WE

PAGE ORDER #2

CONTINUE FROM LACK OF SECURITY

ARE SPRAYED FOR NO APPARENT REASONS. DEPENDING ON WEATHER CONDITIONS, STAFF AVAILABILITY, AND SECURITY CONDITIONS, EVERY EFFORT WILL BE MADE TO INSURE THAT EVERY INMATE, WHO SO DESIRES, IS PLACED OUTSIDE IN THE EXERCISE YARD FOR AT LEAST 1 HOUR PER DAY MONDAY - FRIDAY. ~~~~~~ THIS IS STATED IN THE RULE BOOK BUT WE ONLY GET 30 MINUTE. ALSO THEY HAVEN'T CONDUCTED A FIRE DRILL OR HAVE NO PLAN OF EVACUATION POSTED IN THE CASE OF A FIRE. THE JAIL IS OVERCROWDED AND YOU HAVE INMATES SLEEPING ON THE FLOOR AND LACK OF LIVING SPACE. THEY ONLY HAVE 10 PLACES TO SIT AND EAT PROPERLY, BUT HAVE 12 OR MORE PEOPLE IN THE CELL. THE GRIEVIANCE AND DISPLINARY PROCEDURES ARE ABUSED BY THE OFFICERS OF THE JAIL. COUNTY, CITY, AND STATE INMATES ARE BEING HOUSED TOGETHER IN THE SAME CELL.

III. 3 UNSANITARY LIVING CONDITIONS

BUGS AND MOLD ARE ON THE SHOWER WALLS, FLOOR, AND CEILING. ALSO THE PAINT ON THE WALLS, FLOOR, CEILING ARE PEELING. MOLD IS ALSO ON THE AIR CONDITION VENTS, TRAYHOLE, AND CORNER OF THE FLOORS IN THE CELL. LAUNDRY IS NOT PROPERLY DRIED WHICH

PAGE ORDER #3

CONTINUED UNSANITARY LIVING CONDITION

CAUSES MOLDING AND YOU GET WRITTEN UP IF YOU TRY TO LET THEM HANG IN THE CELL TO DRY. THE SHOWER SHOES THAT THEY GIVE YOU HOLDS WATER WHICH CAUSE FEET FUNGUS BECAUSE WATER STAND IN THE SHOWER FLOOR BEFORE IT DRAINS. THE SHOWER COMPONENT IS ABOUT TO COME OFF THE WALL AND THE CURTAINS CONTAINS FUNGUS THAT HAVE CAUSED SEVERAL MEDICAL PROBLEMS. ALSO THEY DO NOT PROVIDE THE PROPER CLEANING AGENT TO CLEAN THE CELL. OFFICERS AND INMATES PASSING OUT TRAYS FAIL TO WEAR HAIRNETS OR GLOVES. ALSO LIQUIDS IN WHICH WE CONSUME ARE LEFT IN OPEN AREA'S UNCOVERED AND UNSUPERVISED FOR LONG PERIODS OF TIME. OFFICERS AND THE NURSE PASSING OUT MEDICATIONS WITHOUT WEARING GLOVES AND ALSO PLACES EVERYONES PILLS IN ONE CUP WHICH COULD LEAD TO CROSS CONTAMINATION OF THE MEDICATION. THEY ALSO REFUSE MEDICAL TREATMENT TO INMATES ON SOME OCCASSIONS. ALSO THERE IS FOOD LEFT IN THE TRAYHOLE AND NOT PROPERLY CLEANED WITH A CLEANING AGENT THAT KILLS BACTERIA AND THIS CAUSES ANTS AND NATS. THE PAINT IS ALSO Peeling AND CHIPPING IN THE TRAYHOLE.

PAGE ORDER # 4

## IV. LACK OF NUTRITION

WE ARE NOT RECIEVING THE PROPER NUTRITIONAL MEALS THAT WE SHOULD AND FOOD IS LEFT ALONG FOR PERIODS OF TIME AND FOOD IS NOT ALWAYS HOT. ALSO WE DO NOT RECIEVE MILK, FRUITS OR OTHER PROPER NUTRIENTS. WE VERY HIGHLY LACK VITAMIN C AND CALCIUM. THE MEALS ARE NOT WHOLESOME AND SOMETIMES ARE NOT PROPERLY PERPARED.

## V. LACK OF EDUCATION USES

THE JAIL DOES NOT PROVIDE G.E.D. CLASSES FOR THOSE WHO ARE ELGIBLE AND WANT TO IMPROVE THEMSELVES. THEY ALSO DO NOT HAVE UP TO DATE LAW BOOKS IN THE LAW LIBRARY AND WHEN THEY DO TAKE YOU TO THE LIBRARY IT'S FOR ABOUT 15 MINUTES. THEY HAVE REMOVED ALL READING BOOKS FROM THE JAIL EXCEPT FOR THE BIBLE AND WHEN YOU REQUEST FOR ONE OF THOSE THEY SAY THAT THEY DON'T HAVE ANY. THEY WAKE YOU UP AT 7:00 AM AND EXPECT YOU TO STAY UP UNTIL 5:00 PM. WITH ONLY ONE DECK OF CARD AND A T.V., BUT YOU HAVE 10 TO 12 PEOPLE TO A CELL.