<u>FOR USE BY INCARCERATED PERSONS</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

CV-05-RRA-1448-S

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1.    Your full name:  DIMITRI DEONTA LOVE

Present mailing address: (current) 316 INDUSTRIAL PARK DRIVE DADEVILLE, AL 36853

(Home) 9632 LEE ROAD D72 WAVERLY, AL, 36879

2.    Are you presently employed?    Yes _____    No ✓

If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

_____

_____

Monthly earnings:  Ø

If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

_____

_____

Date last worked: _____

Monthly earnings: _____

3.    Have you received within the past twelve months any money from any of the following sources?

(a)    Business, profession, or any form of self-employment?    Yes _____    No ✓

(b)    Interest, dividends, rents, or investment income of any kind?    Yes _____    No ✓

1

(c)   Pensions, annuities, or life insurance payments?        Yes ____   No ✓

(d)   Gifts or inheritances?        Yes ____   No ✓

(e)   Any other sources?        Yes ____   No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4.    How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ ____

5.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?        Yes ____   No ✓

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6.    List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____

_____

_____

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Dated: _____

_____
SIGNATURE OF PLAINTIFF

2

URGENT!!! PLEASE READ

### ★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.

MRS. ADAMS THE JAIL NOTARY REFUSED TO FILL OUT THE FORM AND I'M WRITING TO LET YOU KNOW AND UNDERSTAND THE SITUATION.

3