FILED
2005 Jul-19 AM 09:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DIMITRI DEONTA LOVE, | ) |
| Plaintiff, | ) |
| v. | ) CV 05-RRA-1448-S |
| TALLAPOOSA COUNTY JAIL, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Dimitri Deonta Love, plaintiff, has filed a *pro se* complaint in this court pursuant to 42 U.S.C. § 1983. The plaintiff is an Alabama prison inmate incarcerated at the Tallapoosa County Jail, which is located in the Middle District of Alabama. The plaintiff names Tallapoosa County Jail personnel as defendants and he complains of events occurring at that jail.

It appears from the complaint filed by plaintiff that venue is not proper in the Northern District of Alabama. A civil rights action may be brought only in the judicial district (1) where at least one of the defendants resides or (2) where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). *See Jones v. Bales*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd*, 480 F.2d 805 (5th Cir. 1973); *Daugherty v. Procunier*, 456 F.2d 97 (9th Cir. 1972). There does not appear to be a defendant who resides in the Northern District of Alabama. In addition, the actions of which the plaintiff complains did not occur in the Northern District of Alabama, and appear to have occurred in the Middle District of Alabama. Accordingly, in the

TRUE COPY:
By: _____

interest of justice, this action is due to be transferred to the United States District Court for Middle District of Alabama. 28 U.S.C. § 1404(a). It is so **ORDERED**.

DONE this 19th day of July, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE