**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

RECEIVED

2005 JUL 21  A 8:07

Perry D. Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

July 20, 2005

Hon Debra Hackett, Clerk
United States District Court
Middle District Alabama
P.O. Box 711
Montgomery, Al 36101-0711

Case Number: CV05-RRA-1448-S
Love Vs. Tallapoosa County Jail et al

Dear Ms. Hackett:

In accordance with the order of this court entered July 19, 2005, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries and the original record on file. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

PERRY D. MATHIS, CLERK

By: _____
Deputy Clerk

PDM:

Enclosures

xc:     Counsel