**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jennifer Strong
   Correctional Officer
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

   3:05CV671 (Cmp. Order 40 dys)

2. Article Number (Transfer from service label)

   7004 2510 0001 0150 7171

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Marianne Adams       ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   Marianne Adams          7-26-05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robin Frazier
   Correctional Officer
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

   3:05CV671 (Cmp + Order 40 dys)

2. Article Number (Transfer from service label)

   7004 2510 0001 0150 7188

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Marianne Adams       ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   Marianne Adams          7-26-05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540