IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DIMITRI DEONTA LOVE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:05cv671-T ) |
| TALLAPOOSA COUNTY JAIL, *et al.,* | ) ) |
| Defendants. | ) ) |

**ORDER**

On July 25, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6)  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation be and is hereby ADOPTED.

2. That the plaintiff's claims against the Tallapoosa County Jail be and are hereby dismissed with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

3. That the Tallapoosa County Jail be and is hereby dismissed from this cause of action.

4. That this case, with respect to the claims presented against defendants Strong and Frazier, be and are hereby referred back to the undersigned for additional proceedings.

DONE, this the 12th day of August, 2005.

                                              /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE