IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DIMITRI DEONTA LOVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-671-MHT |
| | ) |
| JENIFER STRONG, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before April 5, 2006 defendants Strong and Frazier shall (i) show cause why they failed to file a written report in compliance with the order entered on July 25, 2005, and (ii) file a written report in compliance with such order.

Done this 20th day of March, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE