IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DIMITRI DEONTA LOVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-671-MHT |
| | ) |
| JENIFER STRONG, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file in this case, and as it appears that the defendants were not provided a copy of the show cause order entered on March 20, 2006, it is

ORDERED that on or before June 5, 2006 defendants Strong and Frazier shall (i) show cause why they failed to file a written report in compliance with the order entered on July 25, 2005, and (ii) file a written report in compliance with such order. The Clerk is DIRECTED to provide a copy of this order and the order of procedure to the named defendants.

Done this 19th day of May, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE