love

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robin Frazier, COI
Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36853

3:05CV671 (DOC #6,9 +10)

2. Article Number
*(Transfer from service label)*    7005 1160 0001 2962 4134

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Deborah Ray    ☐ Agent    ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery
Deborah Ray    5-19-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

---

love

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jennifer Strong, COI
Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36853

3:05CV671 (DOC #6,9, +10)

2. Article Number
*(Transfer from service label)*    7005 1160 0001 2962 4127

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Deborah Ray    ☐ Agent    ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery
Deborah Ray    5-19-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes