*Love*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robin Frazier, COI
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

2:05CV671  (Ordus #7 + 1+)

2. Article Number (Transfer from service label)

   7005 1160 0001 2962 4158

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X DShaddix
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
D Shaddix                       5-20-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

*Love*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jennifer Strong, COI
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

2:05CV671  (Ordus #7 + 1+)

2. Article Number (Transfer from service label)

   7005 1160 0001 2962 4141

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X DShaddix
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
D Shaddix                       5-20-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes