IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DIMITRI DEONTA LOVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 3:05-CV-671-MHT |
| | ) [WO] |
| | ) |
| JENNIFER STRONG, et al., | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On July 5, 2005, Dimitri Deonta Love ["Love"] initiated this 42 U.S.C. § 1983 complaint challenging actions taken against him during his confinement in the Tallapoosa County Jail. On May 22, 2006, this court entered an order, a copy of which the Clerk mailed to Love. The postal service returned this order because Love no longer resided at the address he had provided to the court for service.

The order of procedure specifically directed Love to immediately inform the court of any new address. *See Order of July 25, 2005 - Court Document No. 7* at 5. Since Love failed to comply with this directive, the court entered an order requiring that on or before June 14, 2006 Love inform this court of his present address. *See Order of May 31, 2006 - Court Document No. 14* at 1. Additionally, the court cautioned Love that his failure to comply with the directives of the aforementioned order would result in a recommendation

that this case be dismissed. *Id.* at 2. Love has filed nothing in response to the order entered on May 31, 2006. The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court. It is further

ORDERED that on or before July 12, 2006, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit

handed down prior to the close of business on September 30, 1981.

Done this 29th day of June, 2006.

                                       /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE