IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DIMITRI DEONTA LOVE,              )
                                  )
          Plaintiff,              )
                                  )
v.                                )     CIVIL ACTION NO.  3:05cv671-MHT
                                  )
JENNIFER STRONG, *et al.*,        )
                                  )
          Defendants.             )

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed without prejudice.

DONE, this the 28th day of July, 2006.


_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE